UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ERIC OWENS,

                    Plaintiff,

          -against-

SAMANTHA VELEZ, Esq;
SOKOLOFF & STERN, LLP

                    Defendants.
----------------------------------------------------------------x

**ORDER**

2:26-CV-1487-RER-ST

**STEVEN TISCIONE, Magistrate Judge:**

*Pro se* plaintiff Eric Owens filed the above-captioned complaint on March 12, 2026.

Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted.

The United States Marshals Service is directed to serve the summons and complaint upon the

defendants without prepayment of fees.

**SO ORDERED.**

                                                  /s/
                                                  Steven Tiscione
                                                  United States Magistrate Judge
                                                  Eastern District of New York

Dated: Central Islip, New York
April 30, 2026